

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 1 6 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  6:19-CR-18 |
| | § | JUDGE JDK/KNM |
| JEREMY OKIETH KYLE | § | |
| a/k/a COREY WEBSTER | § | |
| a/k/a RICK | § | |
| a/k/a DERRICK WILLIS | § | |
| a/k/a ERIC SANDERS | § | |
| a/k/a BRAD SMITH | § | |
| a/k/a JASON | § | |
| a/k/a J | § | |

## FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT 1

Violation:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about October 6, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 1, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 2

Violation:  18 U.S.C. §§ 2251(a)
and 2251(e)
(Sexual Exploitation of Children)

On or about October 6, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly employ, use,

persuade, induce, entice, and coerce a minor, namely Minor Victim 1, to engage in

sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

## COUNT 3

Violation:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about October 13, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 1, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 4

Violation:  18 U.S.C. §§ 2251(a)
and 2251(e)
(Sexual Exploitation of Children)

On or about October 13, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly employ, use,

persuade, induce, entice, and coerce a minor, namely Minor Victim 1, to engage in

sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

## COUNT 5

Violation:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about October 9, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 2, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 6

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

Beginning on or about October 28, 2018, and continuing until on or about October 31, 2018, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual, namely Minor Victim 3, who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person could be charged with an offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a), and Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 7

<u>Violation</u>:  18 U.S.C. §§ 2423(b)
and 2426
(Travel with Intent to Engage in
Illicit Sexual Conduct)

On or about October 31, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly travel in

interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined

in 18 U.S.C. § 2423(f), with another person, namely Minor Victim 3.

All in violation of 18 U.S.C. §§ 2423(b) and 2426.

## COUNT 8

Violation:  18 U.S.C. §§ 2251(a)
and 2251(e)
(Sexual Exploitation of Children)

On or about October 31, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly employ, use,

persuade, induce, entice, and coerce a minor, namely Minor Victim 3, to engage in

sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

## COUNT 9

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

Beginning on or about October 31, 2018, and continuing until on or about

November 5, 2018, in the Eastern District of Texas, and elsewhere, the defendant,

**Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric**

**Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign

commerce to knowingly persuade, induce, entice, and coerce any individual, namely

Minor Victim 3, who had not attained the age of 18 years to engage in prostitution and

any sexual activity for which any person could be charged with an offense, namely a

criminal offense under federal law, Travel with Intent to Engage in Illicit Sexual

Conduct, in violation of 18 U.S.C. § 2423(b).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 10

Violation:  18 U.S.C. §§ 2423(b)
and 2426
(Travel with Intent to Engage in
Illicit Sexual Conduct)

On or about November 5, 2018, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly travel

in interstate commerce for the purpose of engaging in any illicit sexual conduct, as

defined in 18 U.S.C. § 2423(f), with another person, namely Minor Victim 3.

All in violation of 18 U.S.C. §§ 2423(b) and 2426.

## COUNT 11

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

Beginning on or about July 10, 2018, and continuing until on or about July 11,

2018, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth**

**Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a**

**Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign commerce to

knowingly persuade, induce, entice, and coerce any individual, namely Minor Victim 4,

who had not attained the age of 18 years to engage in prostitution and any sexual activity

for which any person could be charged with an offense, namely a criminal offense under

federal law, Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a), and

Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C.

§ 2423(b), and a criminal offense under state law, Sexual Assault, in violation of Ark.

Code § 5-14-127.

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 12

Violation:  18 U.S.C. §§ 2423(b)
and 3559(e)
(Travel with Intent to Engage in
Illicit Sexual Conduct)

On or about July 11, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly travel in

interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined

in 18 U.S.C. § 2423(f), with another person, namely Minor Victim 4.

All in violation of 18 U.S.C. §§ 2423(b) and 3559(e).

## COUNT 13

Violation:  18 U.S.C. §§ 2251(a),
2251(e), and 3559(e)
(Sexual Exploitation of Children)

On or about July 11, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly employ, use,

persuade, induce, entice, and coerce a minor, namely Minor Victim 4, to engage in

sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 3559(e).

## COUNT 14

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

Beginning on or about July 23, 2018, and continuing until on or about July 24, 2018, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual, namely Minor Victim 4, who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person could be charged with an offense, namely a criminal offense under federal law, Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b), and a criminal offense under state law, Sexual Assault, in violation of Ark. Code § 5-14-127.

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 15

Violation:  18 U.S.C. §§ 2423(b)
and 3559(e)
(Travel with Intent to Engage in
Illicit Sexual Conduct)

On or about July 24, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly travel in

interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined

in 18 U.S.C. § 2423(f), with another person, namely Minor Victim 4.

All in violation of 18 U.S.C. §§ 2423(b) and 3559(e).

## COUNT 16

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about January 7, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any

individual, namely Minor Victim 5, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 17

> Violation:  18 U.S.C. §§ 2422(b)
> and 3559(e)
> (Coercion and Enticement)

On or about April 19, 2016, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any

individual, namely Minor Victim 6, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 18

> Violation:  18 U.S.C. § 2260A
> (Penalties for Registered Sex
> Offenders)

On or about April 19, 2016, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Seventeen of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 19

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

Beginning on or about July 6, 2018, and continuing until on or about July 9, 2018, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual, namely Minor Victim 7, who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person could be charged with an offense.

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 20

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about June 26, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any

individual, namely Minor Victim 8, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

# COUNT 21

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about September 24, 2018, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of

interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and

coerce any individual, namely Minor Victim 9, who had not attained the age of 18 years

to engage in prostitution and any sexual activity for which any person could be charged

with an offense, namely a criminal offense under federal law, Sexual Exploitation of

Children, in violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 22

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about January 14, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce and to

knowingly attempt to persuade, induce, entice, and coerce any individual, namely Minor

Victim 10, who had not attained the age of 18 years to engage in prostitution and any

sexual activity for which any person could be charged with an offense, namely a criminal

offense under federal law, Sexual Exploitation of Children, in violation of 18 U.S.C. §

2251(a).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 23

Violation:  18 U.S.C. §§ 2251(a)
and 2251(e)
(Sexual Exploitation of Children)

On or about January 14, 2018, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly employ, use,

persuade, induce, entice, and coerce a minor, namely Minor Victim 10, to engage in

sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

## COUNT 24

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about March 12, 2013, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 12, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a), and a criminal offense under state law, Sexual Assault,

in violation of Tex. Penal Code § 22.011(a)(2).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 25

<u>Violation</u>:  18 U.S.C. §§ 2251(a),
2251(e), and 3559(e)
(Sexual Exploitation of Children)

On or about February 11, 2013, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly attempt

to employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 12, to

engage in sexually explicit conduct for the purpose of producing any visual depiction of

such conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 3559(e).

## COUNT 26

> Violation:  18 U.S.C. § 2260A
> (Penalties for Registered Sex
> Offenders)

On or about March 12, 2013, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Twenty-four of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 27

> Violation:  18 U.S.C. § 2260A
> (Penalties for Registered Sex
> Offenders)

On or about February 11, 2013, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required

by federal and other law to register as a sex offender, committed a felony offense

involving a minor under 18 U.S.C. § 2251, as alleged in Count Twenty-five of this

indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 28

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about July 21, 2014, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 13, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 29

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about September 6, 2014, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of

interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any

individual, namely Minor Victim 13, who had not attained the age of 18 years to engage

in prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 30

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about September 29, 2014, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of

interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any

individual, namely Minor Victim 13, who had not attained the age of 18 years to engage

in prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 31

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about February 11, 2015, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of

interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any

individual, namely Minor Victim 13, who had not attained the age of 18 years to engage

in prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 32

> Violation:  18 U.S.C. §§ 2422(b)
> and 2426
> (Coercion and Enticement)

On or about March 13, 2015, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual, namely Minor Victim 13, who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person could be charged with an offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex. Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 33

> Violation:  18 U.S.C. § 2260A
> (Penalties for Registered Sex
> Offenders)

On or about July 21, 2014, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by federal and other law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. § 2422, as alleged in Count Twenty-eight of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 34

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about September 6, 2014, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required

by federal and other law to register as a sex offender, committed a felony offense

involving a minor under 18 U.S.C. § 2422, as alleged in Count Twenty-nine of this

indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 35

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about September 29, 2014, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required

by federal and other law to register as a sex offender, committed a felony offense

involving a minor under 18 U.S.C. § 2422, as alleged in Count Thirty of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 36

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about February 11, 2015, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required

by federal and other law to register as a sex offender, committed a felony offense

involving a minor under 18 U.S.C. § 2422, as alleged in Count Thirty-one of this

indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 37

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about March 13, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Thirty-two of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 38

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Enticement)

On or about April 1, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 14, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 39

> Violation:  18 U.S.C. §§ 2422(b)
> and 2426
> (Coercion and Enticement)

On or about July 12, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 14, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 40

> Violation:  18 U.S.C. § 2260A
> (Penalties for Registered Sex
> Offenders)

On or about April 1, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Thirty-eight of this indictment.

All in violation of 18 U.S.C. § 2260A.

**First Superseding Indictment – Page 34**

## COUNT 41

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about July 12, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Thirty-nine of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 42

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about October 23, 2017, and continuing until on or about October 24, 2017, in the Eastern District of Texas, and elsewhere, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual, namely Minor Victim 15, who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person could be charged with an offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex. Penal Code § 22.011(a)(2).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 43

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about June 12, 2013, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 16, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(2).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 44

Violation:  18 U.S.C. §§ 2422(b)
and 2426
(Coercion and Entitlement)

On or about May 17, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 16, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 45

> Violation:  18 U.S.C. §§ 2422(b)
> and 2426
> (Coercion and Enticement)

On or about September 2, 2015, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of

interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any

individual, namely Minor Victim 16, who had not attained the age of 18 years to engage

in prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(1).

All in violation of 18 U.S.C. §§ 2422(b) and 2426.

## COUNT 46

> Violation:  18 U.S.C. § 2260A
> (Penalties for Registered Sex
> Offenders)

On or about June 12, 2013, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Forty-three of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 47

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about May 17, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Forty-four of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 48

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about September 2, 2015, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required

by federal and other law to register as a sex offender, committed a felony offense

involving a minor under 18 U.S.C. § 2422, as alleged in Count Forty-five of this

indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 49

Violation:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about July 22, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 17, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(2).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 50

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about July 22, 2015, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required by

federal and other law to register as a sex offender, committed a felony offense involving a

minor under 18 U.S.C. § 2422, as alleged in Count Forty-nine of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 51

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about September 15, 2013, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of

interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any

individual, namely Minor Victim 18, who had not attained the age of 18 years to engage

in prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under federal law, Sexual Exploitation of Children, in

violation of 18 U.S.C. § 2251(a), and a criminal offense under state law, Sexual Assault,

in violation of Tex. Penal Code § 22.011(a)(2).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## COUNT 52

Violation:  18 U.S.C. §§ 2251(a),
2251(e), and 3559(e)
(Sexual Exploitation of Children)

On or about September 15, 2013, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, did knowingly attempt

to employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 18, to

engage in sexually explicit conduct for the purpose of producing any visual depiction of

such conduct, knowing and having reason to know that such visual depiction would be

transported using any means and facility of interstate and foreign commerce and knowing

and having reason to know that such visual depiction would be transported in and

affecting interstate and foreign commerce and using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the visual depiction was transported using any means and

facility of interstate and foreign commerce and the visual depiction was transported in

and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 3559(e).

## COUNT 53

Violation:  18 U.S.C. § 2260A
(Penalties for Registered Sex
Offenders)

On or about September 15, 2013, in the Eastern District of Texas, and elsewhere,

the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick**

**Willis a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, an individual required

by federal and other law to register as a sex offender, committed a felony offense

involving a minor under 18 U.S.C. § 2422 and 18 U.S.C. § 2251, as alleged in Counts

Fifty-one and Fifty-two of this indictment.

All in violation of 18 U.S.C. § 2260A.

## COUNT 54

<u>Violation</u>:  18 U.S.C. §§ 2422(b)
and 3559(e)
(Coercion and Enticement)

On or about June 30, 2017, in the Eastern District of Texas, and elsewhere, the

defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick a/k/a Derrick Willis**

**a/k/a Eric Sanders a/k/a Brad Smith a/k/a Jason a/k/a J**, used a facility of interstate

and foreign commerce to knowingly persuade, induce, entice, and coerce any individual,

namely Minor Victim 19, who had not attained the age of 18 years to engage in

prostitution and any sexual activity for which any person could be charged with an

offense, namely a criminal offense under state law, Sexual Assault, in violation of Tex.

Penal Code § 22.011(a)(2).

All in violation of 18 U.S.C. §§ 2422(b) and 3559(e).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. §§ 2253 and 2428

1.      The allegations contained in Counts 1 through 54 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 2253 and 2428.

2.      Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick**, shall forfeit to the United States of America:

>     a.      Any visual depiction described in 18 U.S.C. § 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

>     b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

>     c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3.      Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. §§ 2422(b) or 2423(b), the defendant, **Jeremy OKieth Kyle a/k/a Corey Webster a/k/a Rick**, shall forfeit to the United States of America:

>     a.      Any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

b.      Any property, real or personal, constituting or derived from any

proceeds obtained, directly or indirectly, as a result of the offense.

4.      The property to be forfeited includes, but is not limited to, the following:

A Motorola, model XT1767, cellular telephone, bearing IMEI
354136090651500.

5.      If any of the property described above, as a result of any act or omission of

the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 2253(b).

6.      By virtue of the commission of the offenses alleged in this indictment, any

and all interest the defendant has in the above-described property is vested in the United

States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 2253 and 2428.

All pursuant to 18 U.S.C. §§ 2253 and 2428 and the procedures set forth at 21 U.S.C.

§ 853 and 18 U.S.C. § 981, as made applicable through 18 U.S.C. §§ 2253(b) and 2428,

respectively.

A TRUE BILL

_____
GRAND JURY FOREPERSON

10/16/19
_____
Date

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
NATHANIEL C. KUMMERFELD
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  6:19-CR-18 |
| | § | JUDGE JDK/KNM |
| JEREMY OKIETH KYLE | § | |
| a/k/a COREY WEBSTER | § | |
| a/k/a DERRICK WILLIS | § | |
| a/k/a ERIC SANDERS | § | |
| a/k/a BRAD SMITH | § | |
| a/k/a JASON | § | |
| a/k/a J | § | |
| a/k/a RICK | § | |

## **NOTICE OF PENALTY**

### **COUNTS 1, 3, 5-6, 9, 11, 14, 16-17, 19-22, 24, 28-32, 38-39, 42-45, 49, 51, and 54**

VIOLATION:       18 U.S.C. §§ 2422(b), 2426, and 3559(e)
Coercion and Enticement

PENALTY:        Imprisonment for not less than ten (10) years nor more than life; and if the defendant has a prior sex conviction under this chapter, chapter 109A, chapter 110, or section 1591, or under the State law for an offense consisting of conduct that would have been an offense under this chapter, chapter 109A, chapter 110, or section 1591 if the conduct had occurred within the special maritime and territorial jurisdiction of the United States, the maximum term of imprisonment for such person shall be twice the term of imprisonment otherwise provided by this chapter; and if the defendant is convicted of a Federal sex offense in which a minor is the victim and the defendant has a prior sex conviction in which a minor was the victim, such person shall be imprisoned for life; a fine of $250,000 to be followed by a term of supervised release of not less than five (5) years to life.

SPECIAL ASSESSMENT: $100.00 for each count pursuant to 18 U.S.C. § 3013 and $5,000 for each count pursuant to the Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014(a).

First Superseding Indictment – Page 49

## **COUNTS 2, 4, 8, 13, 23, 25, and 52**

VIOLATION:                18 U.S.C. §§ 2251(a), 2251(e), and 3559(e)
                          Sexual Exploitation of Children

PENALTY:                  Imprisonment for not less than fifteen (15) years nor more
                          than thirty (30) years; and if the defendant has one prior
                          conviction under this chapter, section 1591, chapter 71,
                          chapter 109A, or chapter 117, or under section 920 of title 10
                          (article 120 of the Uniform Code of Military Justice), or
                          under the laws of any State relating to aggravated sexual
                          abuse, sexual abuse, abusive sexual contact involving a minor
                          or ward, or sex trafficking of children, or the production,
                          possession, receipt, mailing, sale, distribution, shipment, or
                          transportation of child pornography, such person shall be
                          imprisoned for not less than 25 years nor more than 50 years,
                          but if such person has 2 or more prior convictions under this
                          chapter, chapter 71, chapter 109A, or chapter 117, or under
                          section 920 of title 10 (article 120 of the Uniform Code of
                          Military Justice), or under the laws of any State relating to the
                          sexual exploitation of children, such person shall be
                          imprisoned for not less than 35 years nor more than life; and
                          if the defendant is convicted of a Federal sex offense in which
                          a minor is the victim and the defendant has a prior sex
                          conviction in which a minor was the victim, such person shall
                          be imprisoned for life; a fine not to exceed $250,000; or both
                          such imprisonment and fine; and a term of supervised release
                          of not less than five (5) years to life.

SPECIAL ASSESSMENT: $100.00 for each count pursuant to 18 U.S.C. § 3013 and
                          $5,000 for each count pursuant to the Justice for Victims of
                          Trafficking Act of 2015, 18 U.S.C. § 3014(a).

## COUNTS 7, 10, 12 and 15

VIOLATION:              18 U.S.C. §§ 2423(b), 2426, and 3559(e)
                        Travel with Intent to Engage in Illicit Sexual Conduct

PENALTY:                Imprisonment for not more than thirty (30) years; and if the
                        defendant has a prior sex conviction under this chapter,
                        chapter 109A, chapter 110, or section 1591, or under the State
                        law for an offense consisting of conduct that would have been
                        an offense under this chapter, chapter 109A, chapter 110, or
                        section 1591 if the conduct had occurred within the special
                        maritime and territorial jurisdiction of the United States, the
                        maximum term of imprisonment for such person shall be
                        twice the term of imprisonment otherwise provided by this
                        chapter; and if the defendant is convicted of a Federal sex
                        offense in which a minor is the victim and the defendant has a
                        prior sex conviction in which a minor was the victim, such
                        person shall be imprisoned for life; a fine of $250,000 to be
                        followed by a term of supervised release of not less than five
                        (5) years to life.

SPECIAL ASSESSMENT: $100.00 for each count pursuant to 18 U.S.C. § 3013 and
                        $5,000 for each count pursuant to the Justice for Victims of
                        Trafficking Act of 2015, 18 U.S.C. § 3014(a).

## COUNTS 18, 26-27, 33-37, 40-41, 46-48, 50, and 53

VIOLATION:              18 U.S.C. § 2260A
                        Penalties for Registered Sex Offenders

PENALTY:                Mandatory imprisonment of ten (10) years in addition to the
                        imprisonment imposed for the felony offense involving a
                        minor.  This punishment shall be consecutive to any sentence
                        imposed for that felony offense.  Additional penalties include
                        a fine of $250,000 to be followed by a term of supervised
                        release of not less than five (5) years to life.

SPECIAL ASSESSMENT: $100.00 pursuant to 18 U.S.C. § 3013 and $5,000 pursuant to
                        the Justice for Victims of Trafficking Act of 2015, 18 U.S.C.
                        § 3014(a).